IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **RICHARD FLORCZYK,** | ) |
| Plaintiff, | ) |
| vs. | ) Civ. Action No. 1:22-00466-KD-MU |
| **SCOTTSDALE INSURANCE COMPANY,** | ) |
| Defendant. | ) |

## ORDER

This action is before the Court on the Suggestion of Bankruptcy filed by Defendant Scottsdale Insurance Company. (Doc. 21). Defendant advises the Court that Plaintiff Richard Florczyk filed for Chapter 13 bankruptcy protection in the United States Bankruptcy Court for the Southern District of Alabama, Case No. 23-12446.[1] Defendant also moves for a stay pending the outcome of Plaintiff's bankruptcy proceedings and that this Court "grant any such further relief justice requires." (Doc. 21 at 1).

Pursuant to Section 362(a), filing a joint bankruptcy petition under Chapter 13 operates as an automatic stay of an action <u>against</u> the party seeking bankruptcy protection. 11 U.S.C. § 362(a)(1) ("Except as provided in subsection (b) of this section, a petition filed under section . . . 302 . . . operates as a stay, applicable to all entities, of – (1) the commencement or continuation . . . of a judicial . . . action or proceeding <u>against the debtor</u> . . . .") (emphasis added). Here, Plaintiff Richard Florczyk, not Defendant Scottsdale Insurance Company, filed for bankruptcy

---

[1] The Court independently confirmed that Richard Florczyk and Katie Florczyk jointly filed a voluntary petition for Chapter 13 bankruptcy on October 18, 2023, in the United States Bankruptcy Court for the Southern District of Alabama.

relief. "The automatic stay only stays actions *against* a debtor, not those pursued *by* the debtor." In re Rogers, 251 B.R. 626, 629 (Bankr. N.D. Fla. 2000) (emphasis included). Additionally, a Chapter 13 debtor retains standing to pursue a civil claim after the filing of a bankruptcy petition. Slater v. U.S. Steel Corp., 871 F.3d 1174, 1180 (11th Cir. 2017). Accordingly, Defendant's motion, (Doc. 21), is **DENIED**.

**DONE** and **ORDERED** this **7th** day of **March 2024**.

                                **/s / Kristi K. DuBose**
                                **KRISTI K. DuBOSE**
                                **UNITED STATES DISTRICT JUDGE**