# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **RICHARD FLORCZYK,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 22-00466-KD-B |
| | ) |
| **SCOTTSDALE INSURANCE COMPANY,** | ) |
| | ) |
| Defendants. | ) |

## ORDER

This action is before the Court on the Joint Settlement Statement (doc. 24). The parties report that they have reached a mutual settlement agreement, but additional time is necessary to obtain approval by the Bankruptcy Trustee and to determine the proper payees for the settlement.

Accordingly, this action is **DISMISSED with prejudice subject to the right of either party to reinstate this action within ninety (90) days of the date of this Order** should the settlement not be finalized.

Each party shall bear their own costs unless agreed otherwise in the settlement agreement.

**DONE** and **ORDERED** this 27th day of March 2024.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**